**Richard T. KEATING, Appellant,**

v.

**Robert C. WATSON, Commissioner of Patents of the United States, Appellee.**

Nos. 13612, 13613.

United States Court of Appeals
District of Columbia Circuit.

Argued May 16, 1957.

Decided June 13, 1957.

Before WILBUR K. MILLER, BAZELON and WASHINGTON, Circuit Judges.

PER CURIAM.

Appellant was convicted in 1938 of a violation of 26 U.S.C. § 2591, the Mari-

Mr. William E. Lucas, Chicago, Ill., of the bar of the Supreme Court of Illinois, *pro hac vice*, by special leave of Court, with whom Mr. William L. Mathis, Washington, D. C., was on the brief, for appellant. Mr. J. Preston Swecker, Washington, D. C., also entered an appearance for appellant.

Mr. Joseph Schimmel, Atty., U. S. Patent Office, with whom Mr. Clarence W. Moore, Solicitor, U. S. Patent Office, was on the brief, for appellee. Mr. H. S. Miller (now deceased), Atty., U. S. Patent Office, also entered an appearance for appellee.

Before BAZELON, WASHINGTON and BURGER, Circuit Judges.

PER CURIAM.

These appeals are from the District Court's dismissal of appellant's two suits against the Commissioner of Patents, under 35 U.S.C. § 145, seeking issuance of two patents. We agree with the opinion below, D.D.C.1956, 145 F.Supp. 191, that none of the claims define anything inventive over the prior art.

Affirmed.